UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ANDRE JACKSON,
    Plaintiff,

v.                                           Case No.:  3:23cv24086/LAC/ZCB

UNITED STATES OF AMERICA,
    Defendant.
_____/

## REPORT AND RECOMMENDATION

Plaintiff, proceeding *pro se*, commenced this action by filing a civil complaint. (Doc. 1). On September 7, 2023, the Court ordered Plaintiff to pay the filing fee or file a motion to proceed *in forma pauperis* (IFP) within twenty-one days. (Doc. 3). Instead of complying with the Court's order, Plaintiff filed a "Notice of Default." (Doc. 4). The Court construed Plaintiff's notice as a motion to reconsider its September 7, 2023 order. (Doc. 5). The Court denied Plaintiff's motion but extended the deadline for Plaintiff to comply with the Court's September 7, 2023 order until November 2, 2023. (*Id.*).

Plaintiff did not file an IFP motion or pay the filing fee by the November 2, 2023 deadline. Therefore, on November 9, 2023, the Court

ordered Plaintiff to show cause, within fourteen days, why the case should not be dismissed for failure to comply with an order of the Court. (Doc. 6). The Court notified Plaintiff that failure to comply with the Court's order would result in a recommendation of dismissal of the case. (*Id.* at 2). The deadline for compliance with the show cause order has passed, and Plaintiff has not paid the filing fee, filed an IFP motion, or otherwise responded. Dismissal is, therefore, warranted. *See* N.D. Fla. Loc. R. 41.1 (authorizing dismissal when "a party fails to comply with an applicable rule or court order"); *see also Frith v. Curry*, 812 F. App'x 933, 935 (11th Cir. 2020) (affirming dismissal where the plaintiff failed to pay the initial partial filing fee and failed to respond to a magistrate judge's order to show cause as to why the filing fee had not been paid).

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the Court.

At Pensacola, Florida, this 30th day of November 2023.

/s/ *Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge

## NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations must be filed within fourteen days of the date of the Report and Recommendation. <u>Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control</u>. An objecting party must serve a copy of the objections on all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.